ACCEPTED
03-15-00247-CR
7416156
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:13:29 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00247-CR

| | | |
|---|---|---|
| **KAYLA JEAN LARDIERI** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:13:29 PM
JEFFREY D. KYLE
Clerk

## STATE'S UNOPPOSED FOURTH & FINAL MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves for an extension of time of 10 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Attempt to Commit Capital Murder, Aggravated Kidnapping, Aggravated Robbery, and Tampering with Physical Evidence. Her punishment was assessed by the trial court at 30 years for the Attempted Capital Murder, Aggravated Kidnapping and Aggravated Robbery offenses, for which there was a deadly weapon finding. She received 10 years for the Tampering offense. The sentences were to be served concurrently. Appellant was also assessed court costs. Appellant's brief was filed on July 2, 2015. The State's brief is currently due on October 16, 2015.

1

II.

Chari Kelly – the attorney for the State at trial – is handling this brief on appeal. On October 5th she had an aggravated kidnapping trial in CR2014-530. Additionally, this past week she made several appearances in court to manage her regular docket and conduct plea negotiations. She has also handled intake and grand jury within the past two weeks. This weekend she will have to prepare for a retrial of the punishment phase in CR2011-575. She has completed some of the work on the State's response. However, because of the foregoing, she has not yet been able to finish it, and the State respectfully requests an extension of 10 days to file its brief in the instant cause. This is the fourth and final extension sought by Appellee. Appellant does not oppose the instant motion.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 10 days, until October 26, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley -** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Unopposed Fourth & Final Motion to Extend Time to File Brief* has been delivered to Appellant KAYLA JEAN LARDIERI's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus, PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

by electronically sending it to the above-listed email address through efile.txcourts.gov, this 16th day of October, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred or made reasonable attempts to confer with all other parties about the merits of this motion and whether the parties oppose the motion. Mr. Paul Finley, Attorney for Appellant KAYLA JEAN LARDIERI, was not opposed to the instant motion.

/s/ Joshua D. Presley
**Joshua D. Presley**